

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lorenzo Cristobal Antonio | **Civil Action No.** 26-cv-02387-LL-MMP |
| **Plaintiff,** | |
| V. | |
| See attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Petitioner's Petition for Writ of Habeas Corpus, and orders Respondents to immediately release Petitioner from custody subject to the conditions of his preexisting release.

**Date:**        5/4/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-02387-LL-MMP

Christopher LaRose, Senior Warden Otay Mesa Detention Center; Todd Blanche, Acting United States Attorney General; Markwayne Mullin, Secretary of the Department of Homeland Security; Patrick Divver, ICE San Diego Field Office Director, in their official capacities

Respondents